FILED - GR
October 7, 2010 4:04 PM

TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY __gf__ / ____ SCANNED BY: ___ /10-8-10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MATTHEW MICHAEL KOSLA,

    Defendant.
_____/

No. **1:10-cr-298**

Hon. **Robert J. Jonker**
**U.S. District Judge**

**INDICTMENT**

The Grand Jury charges:

(Mail Theft)

From in or about July, 2008 to on or about August 12, 2010, in Kent County and elsewhere in the Southern Division of the Western District of Michigan,

**MATTHEW MICHAEL KOSLA,**

a highway contract route driver who transported mail for the U.S. Postal Service, did knowingly steal and take numerous articles of mail from his truck along his mail route, as well as from authorized mail depositories, including the Ada, Michigan Post Office.

18 U.S.C. § 1708

A TRUE BILL

_____
GRAND JURY FOREPERSON

DONALD A. DAVIS
United States Attorney

_____
NILS R. KESSLER
Assistant United States Attorney