**FILED - GR**

October 22, 2010 10:28 AM

TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY ___ gf___ / _____ SCANNED BY _____

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

UNITED STATES OF AMERICA

          Plaintiff   /

vs

MATTHEW MICHAEL KOSLA

          Defendant/

Donald A. Davis
United States Attorney
The Law Building, 5th Floor
330 Ionia Ave. NW
Grand Rapids, MI 49503
616-456-2404

Dianne M. Longoria (P-64170)
P.O. Box 660
709 W. Shaw
Howard City, MI 49329
231-937-6969 Fax: 231-937-6990

FILE NO. 1:10-CR-298

HONORABLE ROBERT J.
JONKER
DISTRICT COURT JUDGE

MAGISTRATE JUDGE
CARMODY

# 1:10-cr-298
**Robert J. Jonker**
**U.S. District Judge**

PROOF OF SERVICE

## APPEARANCE

    NOW COMES Dianne M. Longoria and hereby enters her appearance as counsel

for Matthew Michael Kosla, defendant in the above referenced case.

Date: _10-21-10_

Dianne M. Longoria (P-64170)
709 W. Shaw, P.O. Box 660
Howard City, MI 49329

## REQUEST FOR DOCUMENTS

    NOW COMES Matthew Michael Kosla, by and through his attorney, Dianne M.

Longoria, and hereby requests and demands a copy of the police reports, the complaints,

photographs, audio and video recordings and any other discoverable documents that the

prosecution/probation has regarding the above captioned cases.

Date: 10-21-10

Dianne M. Longoria (P-64170)
709 W. Shaw, P.O. Box 660
Howard City, MI 49329

## PROOF OF SERVICE

Dianne M. Longoria being sworn, states as follows:

On  October 21, 2010, I served a copy of the Appearance, Request for

Documents, and Proof of Service by first class mail with proper postage attached, by

placing it in the mail receptacle at the Howard City Michigan Post Office, to the

following::

1. Donald A. Davis, 330 Ionia Ave. NW, Grand Rapids, MI 49503.

2. United States Federal District Court, Magistrate Carmody, 666 Federal Building,

   110 Michigan St., NW, Grand Rapids, MI 49503.

3. United States Federal District Court, Federal Building, 110 Michigan St., NW,

   Grand Rapids, MI 49503.

4. United States Federal District Court, United States Probation, Federal Building,

   110 Michigan St., NW, Grand Rapids, MI 49503.

I swear that the above statements are true to the best of my information, knowledge and

belief.

Date: 10-21-10

Dianne M. Longoria (P-64170)
709 W. Shaw, P.O. Box 660
Howard City, MI 49329
231-937-6969 Fax: 231-937-6990