FILED - GR
October 22, 2010 10:28 AM

TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: gif / SCANNED BY: / 10/22

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| UNITED STATES OF AMERICA | **1:10-cr-298** |
|---|---|
| PLAINTIFF / | Robert J. Jonker |
|  | U.S. District Judge |
| vs |  |
|  | PERSONAL |
| MATTHEW MICHAEL KOSLA | RECOGNIZANCE |
|  | BOND REQUEST |
| DEFENDANT/ | PROOF OF SERVICE |
| Dianne M. Longoria (P-64170) | Donald A. Dacis |
| Attorney for Defendant | United States Attorney |
| 709 W. Shaw, P.O. Box 660 | The Law Building, 5th Floor |
| Howard City, MI 49329 | Grand Rapids, MI 49503 |
| 231-937-6969 Fax: 231-937-6990 | (616)456-2404 |

### BOND REQUEST

NOW COMES Matthew Michael Kosla, by and through her attorney, Dianne M. Longoria, and in support of his Personal Recognizance Bond Request states as Follows:

1. Defendant appears before this honorable Court on as indictment filed October 7, 2010 for mail fraud contrary to 18 U.S.C. § 1708.

2. Defendant has hired an attorney.

3. Defendant's Attorney, Dianne M. Longoria has several previously scheduled court hearings on October 25, 2010 and can not attend Defendant's arraignment.

4. Defendant initially pleads not guilty to the charge in the indictment.

5. Defendant no longer works as a mail carrier.

6. Defendant has no criminal record.

7. Defendant is not a violent person.

8. Defendant has found other employment in the area.

9. Defendant was born in White Cloud Michigan and has resided in Michigan his entire life.

10. Defendant has children and grand children who also live in Michigan.

11. Defendant is currently seeking counseling.

WHEREFORE, Defendant prays this honorable Court will authorize a personal recognizance bond for defendant as he is not a danger to society and not a flight risk.

_____ Date: 10-21-10
Dianne M. Longoria (P-64170)

## PROOF OF SERVICE

Dianne M. Longoria, being duly sworn swears and affirms that on October 21, 2010 she served the Personal Recognizance Bond Request by first class mail with proper postage attached to the following:

1. Donald A. Davis, Law Building, 5ht Floor, 330 Ionia NW, Grand Rapids, MI 49503.

2. United States Federal District Court, Magistrate Carmody, 666 Federal Bldg., 110 Michigan NW, Grand Rapids, MI 49503.

3. United States Federal District Court, Federal Bldg., 110 Michigan NW, Grand Rapids, MI 49503.

4. United States Federal District Court Probation, Federal Bldg., 110 Michigan NW, Grand Rapids, MI 49503.

I swear that the above is true to the best of my information, knowledge and belief.

Dated: 10-21-10

/s/ _____
Dianne M. Longoria P64170
Attorney for Defendant
709 W. Shaw, PO Box 660
Howard City, MI 49329