**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
OFFICE OF THE CLERK
www.miwd.uscourts.gov

| 399 Federal Bldg. | B-35 Federal Bldg. | 113 Federal Bldg. | 229 Federal Bldg. |
|---|---|---|---|
| 110 Michigan St., NW | 410 W. Michigan Ave. | 315 W. Allegan St. | 202 W. Washington St. |
| Grand Rapids, MI 49503 | Kalamazoo, MI 49007 | Lansing, MI 48933 | Marquette, MI 49855 |
| (616) 456-2381 | (269) 337-5706 | (517) 377-1559 | (906) 226-2021 |

October 22, 2010

Dianne M. Longoria
709 W. Shaw
P.O. Box 660
Howard City, MI 49329

RE:     USA v. Matthew Michael Kosla
        Case No. 1:10-cr-00298   Hon. Robert J. Jonker

Pursuant to Western District of Michigan Local Civil Rule 5.7, effective January 1, 2005, attorneys must register to file and serve pleadings (with enumerated exceptions) electronically by use of the ECF system. It appears that you are not yet registered to file and receive pleadings electronically in our district.

For more information regarding filing documents electronically in the Western District of Michigan, visit the Court's website at www.miwd.uscourts.gov. Click on the "Electronic Filing" link for access to the Local Rules governing e-filing, the E-Filing Registration Form, the User Manual, an On-Line Tutorial, Frequently Asked Questions, and more.

Please complete and return the enclosed E-Filing Registration form to the address below:

Clerk, U.S. District Court
E-Filing Registration
399 Federal Building
110 Michigan St., N.W.
Grand Rapids, MI 49503


Sincerely,

Tracey Cordes, Clerk

/s/ G. Frayer

By: Case Administrator


Enclosure

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**

# E-FILING REGISTRATION FORM

**\*\*Please type; this will also serve as a return mailing label\*\***

Name: _____
Firm: _____
Addr.: _____
_____
_____

Phone: _____

– –

State Bar Number: _____
(and state, if not Michigan)

Date of admission to the Bar of this court: _____

**\*\*NOTE: A PACER ACCOUNT IS NECESSARY
FOR VIEWING ELECTRONIC DOCUMENTS\*\***

**This form cannot be submitted electronically.** Complete the form on-line, print a hard copy, sign it and present it to the Clerk's office at the address below. A login and password for access to the electronic case filing system will be issued to you upon receipt of the fully-completed form. **All of this information is <u>required</u> and <u>must be supplied</u>, including your <u>original signature</u>.**

Primary e-mail address: _____
(Attorney's e-mail for electronic service)

Secondary e-mail address: _____
(Central repository, Secretary, etc.)

E-mail software used: _____
(i.e., Outlook, Groupwise, etc.)

❏ I have an existing PACER account.
❏ My firm has an existing PACER account.

❏ I already have an ECF login that I use in _____, which is _____;
(Name of Other District) (Login)
please assign the same login for my use in the Western District of Michigan.

---

The information contained in this box will be used for security/confirmation purposes related to your e-filing login/password:

Key word/phrase: _____   Reminder: _____

---

**BY COMPLETING THIS FORM, ATTORNEYS CERTIFY THAT THEY ARE MEMBERS IN GOOD STANDING OF THE BAR OF THIS COURT AND THAT THEY ARE FAMILIAR WITH W.D. Mich. LCivR 5.7 and LCrR 49.10, AS APPLICABLE TO THEIR PRACTICE, WHICH MAY BE FOUND AT:**

www.miwd.uscourts.gov

**By registering under this rule, attorneys consent to electronic service of all electronically filed documents. See W.D. Mich. LCivR 5.7(h)(ii) and LCrR 49.10(h)(ii).**

Attorney's Signature: _____

Return this form *via hand delivery*
*or via U.S. mail only* to:

    **Clerk, U.S. District Court**
    **E-Filing Registration**
    **399 Federal Building**
    **110 Michigan St., N.W.**
    **Grand Rapids, MI 49503**

YOUR E-FILING LOGIN AND PASSWORD
WILL BE SENT TO YOU VIA U.S. MAIL

| COURT USE ONLY: |
|---|
| E-Filing Login Assigned: _____ |
| E-Filing Password Assigned: _____ |
| ☐ Confirmation e-mail sent     ☐ E-mail confirmed by attorney |
| ☐ Attorney's record updated     ☐ UR registered e-mail sent |
| ☐ Copy of form mailed to attorney |