UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                       Plaintiff,

v.

MATTHEW MICHAEL KOSLA

_____/
                  Defendant(s).

Case No.   1:10-CR-298

Hon. Robert J. Jonker

**GOVERNMENT'S
INITIAL PRETRIAL CONFERENCE
SUMMARY STATEMENT**

I.     <u>DISCOVERY</u>

     A.    <u>Statements of Defendant</u>

          1.    <u>Oral Statements [Rule 16(a)(1)(A)]</u>

          [  ]    There are no written records of oral statements or other oral statements as defined in Rule 16(a)(1)(A).

          [✓]    There are the following written records of oral statements:
             8/12/10, 8/16/10, 9/10/10

          the substance of which
          [  ] has been disclosed to defense counsel.
          [✓] will be disclosed to defense counsel by   Initial Pretrial Conference  .

          2.    <u>Written or Recorded Statements [Rule 16(a)(1)(B)]</u>

          [  ]    There are no written or recorded statements or grand jury testimony of defendant.
          [✓]    There are the following written or recorded statements or grand jury testimony:
             Handwritten statements - 8/12/10, 9/10/10

          All written or recorded statements
          [  ] have been disclosed to defense counsel.
          [✓] will be disclosed to defense counsel by   Initial Pretrial Conference  .

B.     Defendant's Prior Record [Rule 16(a)(1)(D)]

[✓]    The Government has made due inquiry and is not aware of any prior criminal
       record.
[  ]   The Government has disclosed defendant's prior criminal history.
[  ]   The Government is now making inquiry into defendant's prior criminal history.
       The results will be disclosed to defense counsel upon receipt.


C.     Documents and Tangible Objects [Rule 16(a)(1)(E)]

[  ]   The Government has no documents, tangible objects, or physical evidence
       required to be disclosed.
[✓]    The Government has the following documents, tangible objects, and physical
       evidence:
            [  ]   Controlled Substances: _____
            [  ]   Drug Paraphernalia
            [  ]   Records: _____
            [  ]   Drug Records
            [  ]   Firearms: _____
            [  ]   Inventory (attached)
            [✓]    Other: Stolen mail, opened bait package, photographs_____

[  ]   The Government voluntarily notifies the defendant of the following search
       warrants issued and the warrant returns:   N/A
            [  ]   State
            [  ]   Federal:
                   Case no._____   Re:_____
                   Case no._____   Re:_____
                   Case no._____   Re:_____

[✓]    They have been made available for inspection and copying by defense counsel.
[✓]    Defense counsel should make arrangements with  AUSA Nils R. Kessler_____
       _____


D.     Reports of Examinations and Tests [Rule 16(a)(1)(F)]

[✓]    The Government has no reports of examinations or tests required to be disclosed
       by Rule 16.
[  ]   The Government has or expects to have reports of the following examinations and
       tests:
            [  ]   Drug Analysis
            [  ]   Handwriting
            [  ]   Fingerprints
            [  ]   DNA
            [  ]   Firearms/Nexus
            [  ]   Gun Operability
            [  ]   Computer Forensics
            [  ]   Other: _____

E.     <u>Reciprocal Discovery</u>

[✓]     The Government seeks reciprocal discovery.

F.     <u>Notice Under FRE 404(b)</u>

[✓]     The Government does not presently intend to introduce 404(b) evidence.
[  ]     The Government does presently intend to introduce the following 404(b) evidence:

_____
_____
_____

[  ]     The Government will provide pretrial notice of 404(b) evidence by _____
_____

G.     <u>Other Discovery Matters</u>

_____
_____
_____


II.     <u>TRIAL</u>

A.     The Government requests a  [✓] jury  [  ] non-jury trial.

B.     Length of trial excluding jury selection is estimated at <u>1 day               </u>.

III.     <u>MISCELLANEOUS</u>

[✓]     The Government is unaware at this time of any known conflict with defendant's representation by counsel. The United States will immediately advise counsel if any such conflict becomes known.
[  ]     The Government is aware of the following potential conflict(s):

_____
_____

[✓]     Government's plea negotiation policy:
<u> No consideration for pleas entered less than 3 weeks prior to trial     </u>
_____
_____
_____
_____
_____

Date <u>October 25, 2010</u>                  <u>NILS R. KESSLER</u>
                                               Counsel for the United States