UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

          Plaintiff,

v.

MATTHEW MICHAEL KOSLA

          Defendant(s).

Case No. 1:10-cr-00298-RJJ

Hon. Robert J. Jonker

**DEFENDANT'S INITIAL PRETRIAL CONFERENCE SUMMARY STATEMENT**

    Defendant ____MATTHEW MICHAEL KOSLA____, through his/her attorney, submits the following initial pretrial conference summary statement.

I. **DISCOVERY**

    [✓] The defendant requests disclosure pursuant to Federal Rules of Evidence 404(b).

    [✓] The defendant [✓] will [ ] will not provide reciprocal discovery.

II. **TRIAL**

    [✓] The defendant requests a [✓] jury [ ] non-jury trial.

III. **MISCELLANEOUS**

    [✓] Counsel for defendant is unaware at this time of any known conflict with counsel's representation of defendant. Counsel will immediately advise the Court if any such conflict becomes known.

    [ ] Counsel for defendant is aware of the following potential conflict(s):

_____
_____
_____.

Date: October 28, 2010

/S/DIANNE M. LONGORIA
Counsel for Defendant