UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                            Case No. 1:10–cr–00298–RJJ

v.                                          Hon. Robert J. Jonker

MATTHEW MICHAEL KOSLA,

       Defendant.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):    Change of Plea Hearing
Date/Time:                December 3, 2010   11:00 AM
Judge:                        Robert J. Jonker
Place/Location:        699 Federal Building, Grand Rapids, MI

                                                  ROBERT J. JONKER
                                                  United States District Judge

Dated:  November 12, 2010        By:  /s/ Melva I. Ludge_____
                                              Case Manager