UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

PLEA MINUTES

Case No.: 1:10cr298
Date and Time: December 3, 2010 at 11:00 a.m. to 11:40 a.m.
Place: Grand Rapids, Michigan
Judge: Hon. Robert J. Jonker

UNITED STATES OF AMERICA v. MATTHEW MICHAEL KOSLA

COUNSEL: Government: Nils Kessler

Defendant: Diane M. Longoria (retained)

CHARGE:  **x** INDICTMENT

__ INFORMATION __

__ COUNT SUPERSEDING INFORMATION __

__ PROBATION VIOLATION HEARING

PLEA: Guilty to the one-count indictment

Counts to be dismissed at the time of sentencing: none

Plea accepted

No plea agreement

REMANDED: No

PRESENTENCE REPORT ORDERED: Yes

SENTENCE DATE: March 17, 2011 at 3:00 p.m.

ADDITIONAL: _____
_____
_____
_____
_____
_____

Court Reporter: Glenda Trexler          Courtroom Clerk: Melva I. Ludge