UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                        Case No. 1:10−cr−00298−RJJ

v.                                 Hon. Robert J. Jonker

MATTHEW MICHAEL KOSLA,

        Defendant.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):    Sentencing
Date/Time:               March 17, 2010   03:00 PM
Judge:                    Robert J. Jonker
Place/Location:        699 Federal Building, Grand Rapids, MI

                                        ROBERT J. JONKER
                                        United States District Judge

Dated:  December 3, 2010        By:  /s/ Melva I. Ludge
                                       Case Manager